# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00096-CV

**In re Office of the Attorney General**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relator, the Office of the Attorney General of Texas, has filed a petition for writ of mandamus, along with an opposed emergency motion for temporary relief. *See* Tex. R. App. P. 52.1, 52.10(a). Relator seeks to stay a hearing scheduled for March 2, 2021, at which Relator's motion to dismiss based on lack of subject matter jurisdiction and/or Plaintiffs' verified motion for temporary injunction will be heard. We partially grant the motion pending further order of this Court and temporarily stay any portion of the March 2, 2021 hearing concerning the motion for temporary injunction. *See id*. 52.10(b). The Court otherwise denies the motion insofar as it seeks a stay of any portion of the hearing concerning Relator's motion to dismiss. The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before Monday, March 8, 2021.

It is ordered on March 1, 2021.


Before Chief Justice Byrne, Justices Baker and Smith.